IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WILLIAM WILLIAMS and SHIRLEY WILLIAMS,
Co-Executors of the Estate of
Debra Lynn Koenig,

    Plaintiffs,

v.                                      Civil Action No. 5:07CV157
                                                       (STAMP)
COMBINED INSURANCE COMPANY OF AMERICA
and ROBERT JOHNSTON

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR
## EXTENSION TO FILE REPLY BRIEF OUT OF TIME

On December 10, 2007, the defendants in the above-styled civil action filed a motion to dismiss. This Court, upon a motion by the plaintiffs, granted the plaintiffs leave to file a response out of time, with a concomitant extension granted to the defendants to file their reply brief out of time. On January 24, 2008, the defendants filed a motion requesting a deadline extension for filing their reply until February 12, 2008.

For reasons appearing to the Court, the defendants' motion for an extension to file their reply brief out of time is hereby GRANTED. The defendants' reply brief shall be filed on or before **February 12, 2008**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    January 25, 2008

                                    /s/ Frederick P. Stamp, Jr.
                                    FREDERICK P. STAMP, JR.
                                    UNITED STATES DISTRICT JUDGE